UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | M.B.D. No. |
| | ) | 04MBD 10213 |
| v. | ) | |
| | ) | 04MJ00848 MBB |
| CARLI HOLLAND | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES' MOTION TO EXCLUDE
TIME PURSUANT TO 18 U.S.C. § 3161(h)(8)(A)

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court enter an Order excluding the seven (7) day period of time from July 24, 2004, through July 30, 2004, from the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The reason for this Motion is that this period of time was the week of the Democratic National Convention and the grand jury hearing the evidence on this case did not sit due to the Convention. Therefore, the government respectfully requests that this period from July 24, 2004 through July 30,

2004 be excluded in the interests of justice.

A proposed Order is attached to this motion.

MICHAEL J. SULLIVAN<br>
United States Attorney

By: _____
CYNTHIA W. LIE
Assistant U.S. Attorney
United States Courthouse
Suite 9200
Boston, MA 02210
(617) 748-~~3267~~ 3183

Dated: August 2, 2004

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon Walter H. Underhill, Law Office of Walter H. Underhill, 66 Long Wharf, 4th Floor, Boston, MA 02110, by United States mail on this 2nd day of August, 2004.

_____
CYNTHIA W. LIE
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          MAG. JUDGE NO. _____
v.                                CRIMINAL NO.
CARLI HOLLAND                     M.B.D. No:

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay from 7/24/03 to 7/30/04 for the reasons checked below.

_____              _____
Date                                         U.S. District Judge
                                             U.S. Magistrate Judge

REFER TO DOCUMENT(S)

| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal | 18U.S.C.3161(h)(1)(E) |
| [] | XE | Pretrial motions from filing date to hearing or disposition | 18U.S.C.3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement | 18U.S.C. §3161(h)(1)(J) |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XIVI | Absence or unavailability of defendant or essential government witness | 18 U.S.C. §3161 (h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| [X] | XT | Continuance granted in the interest of justice | 18 U.S.C.S3161(h)(8) |
| [ ] | | Delay incident to transfer proceedings | 18 U.S.C.3161(h)(1)(G) |